PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S.A. vs. **Christine Galbraith**   Docket No. 1:CR-00-075

### Petition on Probation and Supervised Release

COMES NOW ___Fonda L. Steele___ PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Christine Galbraith**, who was placed on supervision by the Honorable _William W. Caldwell, U.S. District Judge_ sitting in the court at _Harrisburg, PA_, on the _10th day of October 2000_ who fixed the period of supervision at _five years_ and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall remain at her residence for a period of six months unless given permission in advance by the probation officer to be elsewhere. The defendant shall maintain a telephone without special features at her place of residence for the six (6) month period. The probation officer shall make provisions for the defendant's absence from her residence for employment, medical and mental health services, religious services, and necessary shopping. Said home detention shall commence as directed by the probation officer and may be electronically monitored. The electronic monitoring fee is waived.

2. The defendant shall participate in mental health testing and treatment as directed by the probation officer.

3. The defendant is prohibited from obtaining any employment in which she would have contact with, or control over, money, finances, or financial transactions, without prior approval of the probation officer.

4. The defendant shall pay restitution imposed by this judgment in minimum monthly installments of no less than $50.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**: Ms. Galbraith was ordered to pay restitution in the amount of $26,328.00. The defendant appears to have made payments to the best of her ability and in accordance with the special conditions of her supervision; however, a restitution balance of $16,090.81 remains. Ms. Galbraith has signed an Agreement (copy attached) to continue paying the restitution should the Court permit her term of supervision to expire. Ms. Galbraith has complied with the conditions of supervision and there does not appear to be any basis for violation action.

Assistant U.S. Attorney Dennis C. Pfannenschmidt was advised of the foregoing and has no objection to the proposed expiration.

**PRAYING THAT THE COURT WILL ORDER** that the defendant's term of supervised release be permitted to expire on October 9, 2005 without further action of the Court.

| ORDER OF THE COURT | Respectfully, |
|---|---|
| Considered and ordered this _11th_ day of _October_, 2005 and ordered filed and made a part of the records in the above case. | _Fonda L. Steele_ signature<br>Fonda L. Steele<br>U.S. Probation Officer |
| _William W. Caldwell_ signature<br>U.S. District Judge | Place _Harrisburg, PA_<br>Date _October 7, 2005_ |

FILED
HARRISBURG, PA
OCT 11 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
                              :
     v.                       :     CRIMINAL NO. 1:00-CR-075
                              :
CHRISTINE GALBRAITH           :

### AGREEMENT REGARDING UNPAID RESTITUTION

The following agreement is entered into by Christine Galbraith, defendant in the above-captioned case, in recognition of her obligation to the victim to whom restitution is owed based upon the offense charged at the above-captioned number and the judgment and commitment entered by the District Court in the above-captioned case. In recognition of these obligations, and fully intending to be legally bound, the defendant acknowledges and agrees as follows:

1. On October 10, 2000, the defendant was sentenced based on her conviction at the above-captioned criminal number and directed by United States District Judge William W. Caldwell, as a condition of probation, to make restitution in the amount of $26,328.00 during a period of five years which began on October 10, 2000.

2. The defendant acknowledges that she has failed to comply with the restitutionary portion of the Court's sentence and that she presently owes the victim $16,090.81.

3. The United States Probation Office has determined that in consideration of the defendant agreeing to fulfill her restitutionary obligation under the above-described sentence, consideration will be given to allowing the defendant's period of probation to expire as originally set by the Court. The defendant realizes that her failure to pay the

above restitution obligation could form a basis for the revocation of probation and re-sentencing by the District Court.

4. Based on the above, and in consideration of forbearance on immediate execution upon assets owned by the defendant, the defendant hereby agrees to make restitution payments of $50.00 to Harris Savings Bank, 235 North Second Street, P.O. Box 1711, Harrisburg, Pennsylvania 17105-1711, through the Clerk, U.S. District Court, P.O. Box 983, Harrisburg, PA 17108, in the total amount of **$16,090.81**, said payments to be made on a monthly basis between the first and fifteenth day of each month. Additionally, the defendant agrees, should her personal finances improve, to increase the monthly payments accordingly. Further, the defendant agrees that if she moves from her residence at 230 Rife Street, Middletown, Pennsylvania, she will notify the Clerk, U.S. District Court.

5. The defendant further agrees and confesses judgment for the total unpaid restitution in the amount of **$16,090.81** to the victim and authorizes the named victim and their attorneys to enter judgment against her for said amount in any appropriate court for the full amount. It is the defendant's intention that she be bound by this confession of judgment and that judgment be entered pursuant to Rule 2951(a) of the PA Rules of Civil Procedure.

_____
Defendant

_____
Witness

Sworn to and subscribed before me this _29th_ day of _September_, 2005.

_____
Deputy Clerk